IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **24–20240 – MCR**   Chapter: **13**

**Herman George Lucas**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A/B–J due 12/19/2024** |
| | **Ch 13 Plan & Cert of Service due 12/19/2024** |
| | **Declaration for Schedules due 12/19/2024** |
| | **Ch 13 Income Form 122C–1 due 12/19/2024** |
| | **Stmt. of Fin. Affairs due 12/19/2024** |
| | **Summary of Assets and Liab. due 12/19/2024** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |
| | **Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by <u>12/19/24</u>.**

**Additional information for non-attorney filers is available at
http://www.mdb.uscourts.gov/content/no-attorney**

Dated: 12/5/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:  Debtor
     Attorney for Debtor – PRO SE

Form ntcddl (03/05)