IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-20240-MCR |
| | ) | (Chapter 13) |
| HERMAN G. LUCAS | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC as servicer for SF NU, LLC and serve all pleadings and court papers upon undersigned counsel.

                                                       Respectfully submitted,

Dated: December 7, 2024                By: /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig, Esq.
                                                        Bar No. 18071
                                                        The VerStandig Law Firm, LLC
                                                        1452 W. Horizon Ridge Pkwy, #665
                                                        Henderson, Nevada 89012
                                                        Phone: (301) 444-4600
                                                        Facsimile: (301) 444-4600
                                                        mac@mbvesq.com
                                                        *Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                         /s/ Maurice B. VerStandig
                                                         Maurice B. VerStandig