Entered: December 9th, 2024
Signed: December 6th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>HERMAN GEORGE LUCAS,<br><br>Debtor. | Case Number: 24-20240-MCR<br>(Chapter 13) |

### ORDER GRANTING EXTENSION OF TIME
### TO COMPLETE CREDIT COUNSELING REQUIREMENT

The above-captioned Debtor commenced this case by filing a voluntary petition for relief under the Bankruptcy Code [Dkt. No. 1] (the "Petition"). Part 5 of the Debtor's Petition certifies that the Debtor requested credit counseling services from an approved agency but was unable to obtain the services during the seven (7) days after making the request and that exigent circumstances exist to warrant a thirty (30) day extension of the credit counseling requirement. The Court has reviewed the Debtor's request and finds that it sets forth sufficient cause to warrant a temporary waiver of the credit counseling requirement. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Debtor shall file the Certificate of Credit Counseling as required by Federal Rule of Bankruptcy Procedure 1007(b)(3) within thirty (30) days of the date on which this Order is entered; and it is further

ORDERED, that the Debtor's failure to file the Certificate of Credit Counseling by the deadline set forth herein may result in the dismissal of this bankruptcy case without further notice and/or hearing.

cc:    Debtor – *Pro Se*
        Chapter 13 Trustee

**END OF ORDER**