United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-20240-MCR |
| Herman George Lucas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Herman George Lucas, 2306 Calvert Street, Hyattsville, MD 20783-2715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 11, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 2

Entered: December 9th, 2024
Signed: December 6th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>HERMAN GEORGE LUCAS,<br><br>　　　Debtor. | Case Number: 24-20240-MCR<br>(Chapter 13) |

ORDER GRANTING EXTENSION OF TIME
TO COMPLETE CREDIT COUNSELING REQUIREMENT

The above-captioned Debtor commenced this case by filing a voluntary petition for relief under the Bankruptcy Code [Dkt. No. 1] (the "Petition"). Part 5 of the Debtor's Petition certifies that the Debtor requested credit counseling services from an approved agency but was unable to obtain the services during the seven (7) days after making the request and that exigent circumstances exist to warrant a thirty (30) day extension of the credit counseling requirement. The Court has reviewed the Debtor's request and finds that it sets forth sufficient cause to warrant a temporary waiver of the credit counseling requirement. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Debtor shall file the Certificate of Credit Counseling as required by Federal Rule of Bankruptcy Procedure 1007(b)(3) within thirty (30) days of the date on which this Order is entered; and it is further

ORDERED, that the Debtor's failure to file the Certificate of Credit Counseling by the deadline set forth herein may result in the dismissal of this bankruptcy case without further notice and/or hearing.

cc: Debtor – *Pro Se*
     Chapter 13 Trustee

**END OF ORDER**