# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

**In re:**

| | |
|---|---|
| **HERMAN GEORGE LUCAS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 24-20240** |

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for PNC Bank, National Association, and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/ D. Carol Sasser**
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel:(757) 490-9284
Fax:(757) 497-2802
dsasser@siwpc.com

CERTIFICATE OF SERVICE

I certify that on December 12, 2024, the foregoing Notice was served via CM/ECF on Rebecca A. Herr, Trustee, at the email address registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Herman George Lucas, Pro Se Debtor, 2306 Calvert Street, Hyattsville, MD 20783.

**/s/ D. Carol Sasser**
D. Carol Sasser, Esquire
Samuel I. White, P.C.