**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | ) | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-20240 |
| HERMAN GEORGE LUCAS | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2005 PEABODY ST, HYATTSVILLE, MD 20782 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*2258**

NOW COMES PNC Bank, National Association, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr., Winston-Salem, NC 27103
MDBKR@brockandscott.com

PNC Bank, N.A.
PO Box 94982
Cleveland, Ohio 44101

Please take notice that the undersigned hereby appears as counsel for PNC Bank, National Association pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the

24-07346 BKSUP02




Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Ryan Srnik
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

24-07346 BKSUP02

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 6, 2025, the following persons were served a copy of the Notice of Appearance in the manner described below:

<u>Via CM/ECF electronic notice</u>:

                                Rebecca A Herr
                                185 Admiral Cochrane Dr.
                                Suite 240
                                Annapolis, MD 21401
                                *Chapter 13 Trustee*

<u>Via First Class Mail</u>:

Herman George Lucas
2306 Calvert Street
Hyattsville, MD 20783
*Debtor*

                                /s/ Ryan Srnik
                                Andrew Spivack, MD Fed. Dist. No. 21497
                                Ryan Srnik, MD Fed. Dist. No. 30811
                                M. Christine Maggard, MD Fed. Dist. No. 31067
                                Attorney for Creditor
                                BROCK & SCOTT, PLLC
                                3825 Forrestgate Drive
                                Winston Salem, NC 27103
                                Telephone: (844) 856-6646
                                Facsimile: (704) 369-0760
                                E-Mail: MDBKR@brockandscott.com

24-07346 BKSUP02