IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-20240-MCR |
| | ) | (Chapter 13) |
| Herman G. Lucas | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Herman G. Lucas | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND HEARING THEREON**

WCP Fund I LLC as servicer for SF NU, LLC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to take recourse—including foreclosure—against the real property located at 2005 Peabody Street, Hyattsville, Maryland 20782, together with any improvements thereupon.

A copy of the motion is attached.

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by January 21, 2025 (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a written response to the motion explaining your position and mail a copy of the response to:

Maurice B. VerStandig, Esq.<br>
The VerStandig Law Firm, LLC<br>
1452 W. Horizon Ridge Pkwy, #665<br>
Henderson, Nevada 89012

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on March 27, 2025, at 10:00 am, in Courtroom 3-C, United States Bankruptcy Court, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

                                                             Respectfully submitted,

Dated: January 7, 2025                    By: <u>/s/ Maurice B. VerStandig</u>
                                                  Maurice B. VerStandig, Esq.
                                                  Bar No. 18071
                                                  The VerStandig Law Firm, LLC
                                                  1452 W. Horizon Ridge Pkwy, #665
                                                  Henderson, Nevada 89012
                                                  Phone: (301) 444-4600
                                                  Facsimile: (301) 444-4600
                                                  mac@mbvesq.com
                                                  *Counsel for WCP Fund I LLC*

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system with copies to:

- Rebecca A. Herr    ecf@ch13md.com
- Dorothy Carol Sasser    dsasser@siwpc.com, bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- Ryan Srnik    ryan.srnik@brockandscott.com, wbecf@brockandscott.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 7th day of January, 2025, a copy of the foregoing is also being served via US Mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig