| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-20240<br>District of Maryland<br>Greenbelt<br>Tue Jan  7 08:45:52 EST 2025 | WCP Fund I LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| PNC Bank, N.A.<br>Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103-2930 | PNC Bank, National Association<br>D. Carol Sasser, Esquire<br>448 Viking Drive<br>Suite 350<br>Virginia Beach, VA 23452-7397 | Prince George's County, Maryland<br>Office of Finance<br>1301 McCormick Drive, Ste. 1100<br>Largo, MD 20774-5416 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | WCP Fund I LLC<br>2815 Hartland Rd.<br>Suite 200<br>Falls Church VA 22043-3548 | WCP Fund I LLC<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 |
| Herman George Lucas<br>2306 Calvert Street<br>Hyattsville, MD 20783-2715 | Rebecca A. Herr<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)PNC Bank, National Association | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     1<br>Total                   11 |