Entered: February 4th, 2025
Signed: February 4th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **24−20240 − MCR**    Chapter: **13**

**Herman George Lucas**
Debtor

### ORDER DISMISSING CASE
### FOR FAILURE TO COMPLETE REQUIRED FILINGS
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated December 5, 2024, and Order of the Court entered December 9, 2024, December 23, 2024, January 13, 2025, the Debtor was admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Summary of Assets and Liabilities, and Certificate of Credit Counseling

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c), the above−captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $ 0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**

15x06 (rev. 12/01/2015) – KellyHorning