Entered: February 20th, 2025
Signed: February 20th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **24−20240 − MCR**   Chapter: **13**   Doc No.: **18**

**Herman George Lucas**
Debtor

WCP Fund I LLC,
Movant

vs.

Herman George Lucas
Respondent

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor's bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel − Maurice B. VerStandig
      Case Trustee − Rebecca A. Herr

**End of Order**

37x03 (rev. 12/03/1997) − KellyHorning