United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 24-20240-MCR
Herman George Lucas                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                Page 1 of 1
Date Rcvd: Mar 07, 2025                        Form ID: odsctr                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

**Recip ID**            **Recipient Name and Address**
db                    +  Herman George Lucas, 2306 Calvert Street, Hyattsville, MD 20783-2715

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Ryan Srnik | ryan.srnik@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 4

Entered: March 7, 2025
Signed:  March 7, 2025

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **24–20240 – MCR**     Chapter: **13**

**Herman George Lucas**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee – Rebecca A. Herr

### End of Order

odsctr – KellyHorning